UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBORA A. JOST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:08cv0564 TCM |
| | ) |
| HOME SECURITY OF AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER

The Court having been advised by the parties' designated neutral that this action has been settled,

**IT IS HEREBY ORDERED** that the case is removed from the trial docket beginning **October 5, 2009**.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this Order, a stipulation for dismissal, a motion for leave to voluntarily dismiss the case, or a consented judgment. **Failure to timely comply with this Order may result in the dismissal of this action with prejudice**.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this  16th  day of March, 2009.